UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NELSON FLORES,

                Petitioner,

  -against-

BRIAN FISCHER, Superintendent,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV-1970 (FB)

       A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on February 17, 2006, denying petitioner's § 2254 petition; and ordering that a Certificate of Appealability will not issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's § 2254 petition is denied; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
         February 17, 2006

                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court